*Henry L. Webb* v. *Pearson B. Crosby.* W. D. WHITE, for complainant; O. L. BARBOUR, for defendant. Application by complainant for a retaxation of costs. The sum of $20,13, directed to be deducted from the bill as taxed, without costs to either party as against the other.

*Charles Dickenson, Jun. and wife* v. *Mary Codwise et al.* S. F. CLARKSON, for appellant; E. H. OWEN, for respondent. Order dismissing appeal so far as it was unauthorized and irregular because not made in time; without costs to either party.

---

☞ The subscriber will at all times give his prompt attention to such counsel business before the Chancellor, including ex parte motions necessary to be heard in vacation, as may be sent to him. It is his intention hereafter to attend the Chancellor's regular and special terms at *Albany*, as well as the special terms held at this place. He will also attend the regular and special terms of the Vice Chancellor of the Fourth Circuit.

Papers intended to be used at any of the terms held at Albany may be sent to the care of the Register of the Court.

O. L. BARBOUR.

Saratoga Springs, May 7, 1844.